CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DAVID MENNINGER (Bar No. 281460)
David_Menninger@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
YURIANA JULIA PELAEZ CALDERON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-04416-DUTY |
|---|---|
| Plaintiff, | **NOTICE OF REASSIGNMENT** |
| v. | |
| YURIANA JULIA PELAEZ CALDERON, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender David Menninger has been assigned to represent Defendant Yuriana Julia Pelaez Calderon, in place and stead of Previous Deputy Federal Public Defender Hannah Bogen.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender David Menninger receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 31, 2025         By: */s/ DAVID MENNINGER*
                             DAVID MENNINGER
                             Deputy Federal Public Defender